Eastern District of Kentucky
**FILED**

JUN 26 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.                              SUPERSEDING INDICTMENT NO. **6:25-CR-38-S-REW**

DAVID DERRICK LEWIS and
STACEY LYNN COMBS

\*   \*   \*   \*   \*

THE GRAND JURY CHARGES:

## COUNT 1
## 21 U.S.C. § 846

On or about a date in 2023, the exact date unknown, and continuing through on or about March 2, 2025, in Pulaski County, in the Eastern District of Kentucky, and elsewhere,

**DAVID DERRICK LEWIS and
STACEY LYNN COMBS**

did conspire with others to knowingly and intentionally distribute controlled substances, including 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about March 2, 2025, in Pulaski County, in the Eastern District of Kentucky,

**DAVID DERRICK LEWIS**

did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

### FORFEITURE ALLEGATIONS
### 21 U.S.C. § 853
### 18 U.S.C. § 924(d)(1)
### 28 U.S.C. § 2461

1.    By virtue of the commission of the felony offense alleged in Counts 1 and 2 of the Superseding Indictment, **DAVID DERRICK LEWIS** shall forfeit to the United States any and all property used, or intending to be used, to commit and to facilitate the commission of the violations of 21 U.S.C. §§ 846 and 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. §§ 846 and 841. Any and all interest that **DAVID DERRICK LEWIS** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

3.    The property to be forfeited includes, but is not limited to, the following:

**CURRENCY:**

1. $3,594.00 in United States currency.

4.    If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been

transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

### COUNT 1:

Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

### COUNT 2:

Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**PLUS:**      Mandatory special assessment of $100 per count.

**PLUS:**      Forfeiture of listed items.